IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

NEIL F. LETREN

    Plaintiff(s)

vs.

    Case No.: CAL15-00289

WALTER INVESTMENT
MANAGEMENT CORP., et al
    Defendant(s)

### MEMORANDUM AND ORDER OF COURT

The Court has reviewed this case in light of the fact that the Plaintiff is self-represented or pro-se. The Plaintiff has the right to represent themselves, but the Court strongly advises that the Plaintiff seek the services of an attorney. If you are unable to find an attorney you may contact two sources: Prince George's County Bar Association-Lawyer Referral Service at 301-952-1442 or go to a Maryland Lawyer Listing Service at www.bournepages.com which is sponsored by the J. Franklyn Bar Association, Inc.

**THEREFORE**, it is this 29th day of January, 2015 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, that a **STATUS HEARING** be set on April 10, 2015 before Judge Green.

*/s/ Leo Green*
Honorable Leo E. Green, Jr.
Civil Coordinating Judge

Copies mailed by the Court to:

Neil F. Letren
105 East Mill Avenue
Capital Heights, Maryland 20743
*Plaintiff*

**EXHIBIT**
A-2

Page 1 of 2

Walter Investment Management Corp.
SV: The Corporation Trust Inc.
351 West Camden Street
Baltimore, Maryland 21201
*Defendant*

Marix Servicing, LLC
SV: The Corporation Trust Inc.
351 West Camden Street
Baltimore, Maryland 21201
*Defendant*

_____        1-29-15
Lauren S. Jenkins, Paralegal            Date